UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REINALDO DIAS GONZALEZ,

      Petitioner,

    v.

WARDEN, GLADES COUNTY
DETENTION CENTER,  U.S.
ATTORNEY GENERAL,

      Respondents.

Case No. 2:26-cv-2127-KCD-KRH

_____/

## **ORDER**

Petitioner Reinaldo Dias Gonzalez has filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) As best the Court can tell, he claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government has responded in opposition. (Doc. 8.)

This is Gonzalez's second petition. The prior case was dismissed because it was filed within the presumptively reasonable six-month detention period set forth in *Zadvydas*. *See* Case No. 2:26-cv-1889-SPC-NPM. Because Gonzalez's detention is still within the six-month window, and the petition here raises the same arguments as before, the same result applies.

Accordingly, the habeas petition (Doc. 1) is **DENIED**. However, this denial is without prejudice to Gonzalez refiling a new petition should his current detention *exceed the six-month mark*, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on July 24, 2026.

Kyle C. Dudek
United States District Judge